UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHEELA URSAL,

Plaintiff,

v.

BRIAN WAID ET AL.,

Defendants.

CASE NO. 2:26-cv-02210-JHC

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

This matter comes before the Court on pro se Plaintiff Sheela Ursal's Application to Proceed In Forma Pauperis (IFP). Dkt. # 1. After considering the application, the record, and the governing law, the Court concludes that Plaintiff qualifies for IFP status. It thus GRANTS Plaintiff's Application (Dkt. # 1).

DATED this 26th day of June, 2026.

John H. Chun
United States District Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 1