UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHEELA URSAL,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN WAID ET AL.,<br><br>Defendants. | CASE NO. 2:26-cv-02210-JHC<br><br>**ORDER GRANTING STIPULATED MOTION FOR LEAVE TO SUBMIT DOCUMENTS FOR IN CAMERA REVIEW** |

THIS MATTER comes before the Court on the parties' Stipulated Motion for Leave to Submit Documents for In Camera Review. Dkt. # 24. The Court, having considered the stipulation, hereby GRANTS the Stipulated Motion and ORDERS as follows:

To the extent Plaintiff seeks to submit non-public financial documents in support of her response to the Order to Show Cause at Dkt. # 17, she may submit those documents to the Court for in camera review. Such documents shall be submitted electronically via email to the Courtroom Deputy. Any documents submitted to the Court

for this purpose shall not be filed in the public record and shall not be served on Defendants.

Dated this 16th day of October, 2026.

John H. Chun

John H. Chun
United States District Judge