UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHEELA URSAL,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN WAID ET AL.,<br><br>Defendants. | CASE NO. 2:26-cv-02210-JHC<br><br>ORDER |

This matter comes before the Court on: (1) the Court's September 30, 2026 Order to Show Cause (Dkt. # 17); (2) Plaintiff's Motion to Vacate the Order Granting In Forma Pauperis Status (Dkt. # 15); (3) Plaintiff's Motion for Extension of Time to File Amended Complaint (Dkt. # 16); and (4) Defendants' Motion to Strike Improper Complaint (Dkt. # 13). Having considered the motions, Plaintiff's in camera submissions, the materials filed in support of and in opposition to the motions, and the rest of the case file, the Court hereby ORDERS as follows:

(1) The September 30, 2026 Order to Show Cause (Dkt. # 17) is DISCHARGED. Plaintiff's in camera submissions confirm that Plaintiff was unable to pay the costs of this proceeding when she moved for IFP status. The Court, however, reminds Plaintiff that all litigants, including pro se litigants, are obligated to provide truthful and accurate

information to the Court in every filing. And failure to do so, whether it be intentional or accidental, may result in adverse case consequences.

(2) Plaintiff's Motion to Vacate the Order Granting In Forma Pauperis Status (Dkt. # 15) is GRANTED, and the Order at Dkt. # 4 is VACATED.

(3) Plaintiff's Motion for Extension of Time to File Amended Complaint (Dkt. # 16) is GRANTED IN PART. Plaintiff may file an amended complaint on or before November 5, 2026.

(4) Defendants' Motion to Strike Improper Complaint (Dkt. # 13) is DENIED WITHOUT PREJUDICE. Because Plaintiff is seeking leave to amend the complaint, *see* Dkt. ## 16 & 18, the issues raised by the motion appear to moot. Plaintiff, however, is advised to review Federal Rule of Civil Procedure 8 and the arguments raised by Defendants' Motion at Dkt. # 13 prior to filing an amended complaint.

Dated this 22nd day of October, 2026.

John H. Chun
United States District Judge