UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHEELA URSAL,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN WAID ET AL.,<br><br>Defendants. | CASE NO. 2:26-cv-02210-JHC<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINE TO FILE AN AMENDED COMPLAINT |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Extend the Deadline to File an Amended Complaint. Dkt. # 35. The Court has considered the stipulated motion and the record.

**IT IS HEREBY ORDERED that the stipulated motion is GRANTED.**

Plaintiff shall file her amended complaint on or before Thursday, November 12, 2026.

The Court DIRECTS the Clerk to terminate Plaintiff's Motion for Relief from Deadline at Dkt. # 28 as moot.

//

Dated this 4th day of November, 2026.

John H. Chun
United States District Judge